```
                          United States Bankruptcy Court
                          Northern District of California
```

In re:                                                              Case No. 15-40087-CN
David Macadangdang                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: rasingh             Page 1 of 1           Date Rcvd: May 08, 2015
                              Form ID: pdfeo            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2015.
db              +David Macadangdang,    266 Arrowhead Way,    Hayward, CA 94544-6648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2015 at the address(es) listed below:
              Dean R. Prober    on behalf of Creditor   The Bank of New York Mellon, et al,  its assignees
               and/or successors in interest cmartin@pprlaw.net
              Jennifer C. Wong   on behalf of Creditor   Hsbc Bank Usa, National Association, As Trustee, On
               Behalf Of The Holders Of The Luminent Mortgage Loan Trust 2006-2 Mortgage Loan Pass-Through
               Certificates, Series 2006-2, Its Assignees And/Or Succes bknotice@mccarthyholthus.com
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov,  ltroxas@hotmail.com
                                                                                             TOTAL: 4

Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)



Entered on Docket
May 08, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 7, 2015

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

David Macadangdang

Debtor(s)

Chapter 13 Case Number:
15-40087-CN 13

In Proceedings Under
Chapter 13 of the
Bankruptcy Code

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**CASE DISMISSED**

This proceeding having heretofore been ordered Dismissed and Martha G. Bronitsky, Chapter 13 Standing Trustee, having filed her Final Report and Account, after notice and good cause appearing,

IT IS HEREBY ORDERED that said report and account be, and the same hereby is allowed as filed, and the said Trustee is hereby discharged of her trust and her bond is released.

END OF ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |

| | | |
|---|---|---|
| 2 | David Macadangdang | Pro Per |
| 3 | 266 Arrowhead Way<br>Hayward, CA 94544 | (Counsel for Debtor) |
| 4 | (Debtor(s)) | |